### F. C. CRANE CO., Appellant, v. Walker WILLIAMS, Appellee.

### No. 1741.

Court of Civil Appeals of Texas. Waco.

April 9, 1936.

Touchstone, Wight, Gormley & Price, of Dallas, for appellant.

J. B. Keith and J. A. Johnson, both of Stephenville, for appellee.

GALLAGHER, Chief Justice.

This appeal is prosecuted from an order of the court overruling a plea of privilege. It is a companion case to No. 1739, entitled F. C. Crane Company v. Homer Gosdin (Tex.Civ.App.) 94 S.W. (2d) 221. Appellee was a guest in Gosdin's car and received serious injuries when it fell through the crushed bridge. The issues of fact and law involved in this cause are the same as in said cause No. 1739. The judgment of the trial court is therefore affirmed.